UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY          20-cv-2582 (JGK)
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY         ORDER
FUND, ET AL.

                    Petitioners,

          - against -

GALT INSTALLATIONS, LLC,

                    Respondent.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

     A petition to confirm arbitration was filed on March 26,

2020. The time to respond is extended to **April 29, 2020.** If no

response is filed, the Court will decide the petition on the

papers submitted thus far.


SO ORDERED.

Dated:     New York, New York
           April 15, 2020           ____/s/ John G. Koeltl____
                                        **John G. Koeltl**
                                    **United States District Judge**