**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**TRUSTEES OF THE NEW YORK CITY**
**DISTRICT COUNCIL OF CARPENTERS**
**PENSION FUND, WELFARE FUND, ANNUITY**      20-cv-2582 (JGK)
**FUND, AND APPRENTICESHIP, JOURNEYMAN**
**RETRAINING, EDUCATIONAL AND INDUSTRY**      ORDER
**FUND, ET AL.**

                    Petitioners,

    - against -

**GALT INSTALLATIONS, LLC,**

                    Respondent.
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The respondent's time to respond to the petition to confirm an arbitration award is extended to August 28, 2020.  If there is no response to the petition by that date, the Court will decide the petition on the papers already submitted. The petitioner should serve a copy of this Order on the respondent by August 18, 2020 and file proof of service by August 21, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **August 13, 2020**           /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                     **United States District Judge**