UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

<div style="text-align:center">Petitioners,</div>



20 **CIVIL** 2582 (JGK)

-against-

**JUDGMENT**

GALT INSTALLATIONS, LLC,
<div style="text-align:center">Respondent.</div>
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 26, 2020, the Petition to confirm the arbitration award is GRANTED and the underlying arbitration award is ordered confirmed. Judgment is entered in favor of the Petitioners and against the Respondent, as follows: (1) Awarding Petitioners $123,687.47 pursuant to the December 11, 2019 arbitration award plus interest from the date of the award through to the date of Judgment to accrue at the annual rate of 7.5%, in the amount of $8,158.29; (2) Awarding Petitioners $70 in costs arising out of this proceeding; and, (3) Awarding Petitioners $1,374 in attorney's fees arising out of this proceeding; accordingly, the case is closed.

**Dated:**  New York, New York
October 27, 2020

<div style="text-align:center">RUBY J. KRAJICK</div>
<div style="text-align:center">Clerk of Court</div>
BY: _____
<div style="text-align:center">Deputy Clerk</div>